# CONFERENCE MEMORANDUM

Case No. **CR. V-05-05**

USA vs. **T. J. Jones Cleveland**

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

JUL 0 7 2005

MICHAEL N. MILBY, CLERK OF COURT

Date / Time: **July 5, 2005 @ 11:10 a.m.**

Reporter : None

Appearance :
Counsel :

*[signature] Tim Hammer*
*[signature] Larry Elliott*

Representing:

*Gov't*
*Def.*

## ORDER FOLLOWING CONFERENCE

PTC held. Defendant's motion for continuance is granted. A separate order will be entered.

Time: *10*

Date: **July 5, 2005**

*[signature]*
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE